Stanford El Christopher MCPHERSON, Jr., a/k/a Chris Rattis, Plaintiff—Appellant,

v.

Sherwood R. MCCABE, Correctional Administrator at Harnett Correctional Institution, Defendant—Appellee,

and

Ron Miriello, Vice President for Education and Student Support Services at Central Carolina Community College; Greg McClain; J.B. Williams, Department of Corrections Resolution Examiners of NC; Serotha R. Spain, Department of Corrections Resolution Board Examiners of NC; Jerry McQueen, Screening Officer for all case managers, Defendants.

No. 07–6641.

United States Court of Appeals, Fourth Circuit.

Submitted: Sept. 11, 2007.

Decided: Sept. 14, 2007.

Stanford El Christopher McPherson, Jr., Appellant Pro Se. Yvonne Bulluck Ricci, North Carolina Department of Justice, Raleigh, North Carolina, for Appellee.

Before WILKINSON, MOTZ, and TRAXLER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Stanford El Christopher McPherson, Jr., appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *McPherson v. McCabe*, No. 5:04–ct–00990–FL (E.D.N.C. Apr. 10, 2007). We deny McPherson's motion for injunction and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*